UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MDL 1897 | Date | 3/10/08 |
|---|---|---|---|
| Title | In re Mattel, Inc., Toy Lead Paint Products Liability Litigation | | |

Present: The Honorable    DALE S. FISCHER, United States District Judge

| Paul Pierson | Pamela Seijas |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Edith Kallas | Michael Rice |
| Jay Smith | Thomas Fennel |
| Joe Whatley, Jr. | Hugh Whiting |
| Joseph Paller, Jr. | Elwood Lui |
| Nicholas Roth | |
| John Stoia, Jr. | |
| Paul Traina | |
| Gregory Waters | |
| Behram Parekh | |
| Steven Nunez | |
| Rosemary Rivas | |
| Tommy O'Reardon | |
| Lynn Lincoln Sarko | |
| Gretchen Freeman Cappio | |
| Rachel Jensen | |
| Lance Harke | |
| Ben Barnow | |
| Ruben Honik | |

**Proceedings:**    INITIAL STATUS CONFERENCE AND HEARING ON PLAINTIFFS' JOINT NOTICE OF APPLICATION OF APPOINTMENT AS CO-LEAD COUNSEL

The case is called and counsel state their appearances. The Court reviews with counsel the contents of their Preliminary Joint Report. The Court directs counsel to schedule a meeting with Magistrate Judge Wistrich or agree on a Special Master to resolve discovery issues if disputes arise. The Court grants the application for appointment of Coughlin Stoia Geller Rudman & Robbins and Whatley Drake & Kallas

0/35

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

as co-lead counsel, including the request that Keller Rohrback LLP serve as Chair of the

Executive Committee on condition that Golomb & Honik, P.C. is included as a committee member.

    The Court makes other orders as stated on the record.

    Counsel are reminded of the requirement of courtesy copies and that any protective order entered by the magistrate judge will only apply to discovery and non-dispositive motions.