Elwood Lui (45538)
elui@jonesday.com
Rick L. Shackelford (151262)
rlshackelford@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Thomas E. Fennell
tefennell@jonesday.com
Michael L. Rice
mlrice@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, TX 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Hugh R. Whiting
hrwhiting@jonesday.com
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MATTEL, INC., TOY LEAD PAINT PRODUCTS LIABILITY LITIGATION | Case No. 2:07-ml-01897-DSF-AJW<br><br>NOTICE OF MOTION AND MOTION OF DEFENDANTS MATTEL, INC., FISHER-PRICE, INC., TARGET CORPORATION, TOYS 'R' US, INC., KB TOYS, INC. AND KMART CORPORATION TO DISMISS SECOND CONSOLIDATED AMENDED COMPLAINT<br><br>[Filed, Served and Lodged Concurrently With Memorandum of Points and Authorities, Notice of Motion, Appendix of Supporting Exhibits, Declaration of Rick L. Shackelford and [Proposed] Order]<br><br>Date: September 8, 2008<br>Time: 1:30 p.m.<br>Place: Courtroom 840<br>Roybal Federal Building<br><br>Hon. Dale S. Fischer |

LAI-2957557v1

- 1 -

DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS
2:07-ml-01897-DSF-AJW

# NOTICE OF MOTION AND MOTION TO DISMISS

**TO ALL PARTIES IN INTEREST AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 8, 2008, at 1:30 p.m., or on such other date as the Court may set, in the above-entitled court located at 255 East Temple Street, Los Angeles, California 90012, Defendants Mattel, Inc., Fisher-Price, Inc., Target Corporation, Toys "R" Us, Inc., KB Toys, Inc. and KMart Corporation ("Moving Defendants") will and hereby do move the Court for an order, pursuant to Rules 9 and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Second Consolidated Amended Complaint with prejudice. Plaintiffs' Second Consolidated Amended Complaint, and each of its enumerated claims for relief, fails to state a claim against the Moving Defendants upon which relief can be granted.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Appendix of Supporting Exhibits, all pleadings, papers and records in this action, and upon all other matters that appropriately may be presented to the Court before, on or at the hearing on the motion. This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place by conference call and through written correspondence, all of which occurred more than twenty days prior to the filing of this motion. The parties were unable to reach on agreement on the issues framed by this motion, thus necessitating this motion.

| | | |
|---|---|---|
| 1 | Dated: June 24, 2008 | JONES DAY |
| 2 | | |
| 3 | | By: s/Rick L. Shackelford` |
| 4 | | Elwood Lui<br>Rick L. Shackelford |
| 5 | | 555 South Flower Street, 50th FL<br>Los Angeles, CA 90071 |
| 6 | | Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539 |
| 7 | | Thomas E. Fennell |
| 8 | | Michael Rice<br>JONES DAY |
| 9 | | 2727 North Harwood Street<br>Dallas, TX 75201 |
| 10 | | Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100 |
| 11 | | Hugh R. Whiting |
| 12 | | JONES DAY<br>717 Texas, Suite 3300 |
| 13 | | Houston, TX 77002<br>Telephone: (832) 239-3939 |
| 14 | | Facsimile: (832) 239-3600 |
| 15 | | Attorneys for Defendants<br>MATTEL, INC., FISHER-PRICE, |
| 16 | | INC., TARGET CORPORATION,<br>TOYS "R" US, INC., KB TOYS, INC., |
| 17 | | AND KMART CORPORATION |