## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | MDL 1897 | Date | 9/8/08 |
|---|---|---|---|

| Title | In re Mattel, Inc., Toy Lead Paint Products Liability Litigation |
|---|---|

Present: The Honorable    DALE S. FISCHER, United States District Judge

| Debra Plato | Pamela Seijas |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joe Whatley, Jr. | Michael Rice |
| Joseph Guglielmo | Thomas Fennel |
| Gretchen Freeman Cappio | Hugh Whiting |
| Rachel Jensen | Elwood Lui |
| | Robert H. Bunzel |
| | Michael Abraham |

**Proceedings:**    HEARING ON DEFENDANTS' MOTIONS TO DISMISS SECOND AMENDED COMPLAINT

The case is called and counsel state their appearances.  The Court hears argument on the motions.  The Court directs counsel for plaintiff to email a Word or Word Perfect version of the Second Amended Complaint to the chambers email.  Counsel is reminded that minor's names are not to be included in documents filed with the Court.

As stated on the record, Plaintiffs are to prepare a chart.  The chart is to be provided to counsel and the Court by September 22, 2008.  The Court makes other orders as stated on the record.

Defendant is to file its supplemental brief by October 6, 2008.  Plaintiffs are to file a reply by October 20, 2008.

0/35