UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | ML 07-1897 DSF (AJWx) | Date | 09/15/08 |
|---|---|---|---|
| Title | In re Mattel, Inc. Toy Lead Paint Products Liability Litigation | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order Regarding Further Briefing on Preemption Issue

The parties are ordered to submit further briefing on the following issues:

(1)   How does the recent amendment removing the election language from 15 U.S.C. § 2064 alter the preemption analysis?

(2)   Does the election provision in the former version of section 2064 only preempt unelected remedies when the Consumer Product Safety Commission has made a finding that the product at issue is a "substantial product hazard and action . . . is in the public interest"? See 15 U.S.C. § 2064(d).

Defendants are to file a brief on these issues no longer than 10 pages on or before September 29, 2008. Plaintiffs may file a response no longer than 10 pages on or before October 14, 2008.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL