COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
RACHEL L. JENSEN (211456)
THOMAS J. O'REARDON II (247952
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
johns@csgrr.com
rachelj@csgrr.com
toreardon@csgrr.com

| | |
|---|---|
| WHATLEY, DRAKE & KALLAS, LLC | KELLER ROHRBACK LLP |
| JOE R. WHATLEY, JR. | LYNN LINCOLN SARKO |
| EDITH M. KALLAS | JULI E. FARRIS |
| JOSEPH P. GUGLIELMO | GRETCHEN FREEMAN CAPPIO |
| 1540 Broadway, 37th Floor | 1201 Third Avenue, Suite 3200 |
| New York, NY 10036 | Seattle, WA 98101-3052 |
| Telephone: 212/447-7070 | Telephone: 206/623-1900 |
| 212/447-7077 (fax) | 206/623-3384 (fax) |
| jwhatley@wdklaw.com | lsarko@kellerrohrback.com |
| ekallas@wdklaw.com | jfarris@kellerrohrback.com |
| jguglielmo@wdklaw.com | gcappio@kellerrohrback.com |
| Co-Lead Counsel for Plaintiffs | Chair of Plaintiffs' Executive Committee |

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| In re MATTEL, INC., TOY LEAD PAINT PRODUCTS LIABILITY LITIGATION | ) No. 2:07-ml-01897-DSF-AJW )  )  ) **PLAINTIFFS' SUPPLEMENTAL** ) **RESPONSE PER COURT'S** **SEPTEMBER 8, 2008 ORDER** |

Pursuant to the Court's direction at the September 8, 2008 hearing on Defendants' Motions to Dismiss Second Amended Complaint, and as reflected in

the Civil Minutes - General at Docket No. 96, Plaintiffs respectfully submit the attached supplemental response.

Dated: September 22, 2008

KELLER ROHRBACK L.L.P.
LYNN LINCOLN SARKO
JULI E. FARRIS
GRETCHEN FREEMAN CAPPIO

    /s/ Gretchen Freeman Cappio
GRETCHEN FREEMAN CAPPIO

1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206/623-1900
206/623-3384 (fax)

***Chair of Plaintiffs' Executive Committee***

WHATLEY, DRAKE & KALLAS, LLC
JOE R. WHATLEY, JR.
EDITH M. KALLAS
JOSEPH P. GUGLIELMO
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: 212/447-7070
212/447-7077 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
RACHEL L. JENSEN
THOMAS J. O'REARDON II
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
PAUL J. GELLER
JACK REISE
ELIZABETH A. SHONSON
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

***Co-Lead Counsel for Plaintiffs***

BALKAN & PATTERSON, LLP
ADAM BALKAN
JOHN PATTERSON
601 S. Federal Highway, Suite 302
Boca Raton, FL 33432
Telephone: 561/750-9191
561/750-1574 (fax)

ENGSTROM LIPSCOMB & LACK, P.C.
WALTER J. LACK
PAUL A. TRAINA
GREGORY P. WATERS
10100 Santa Monica Blvd 16th Floor
Los Angeles, CA 90067-4107
Telephone: 310/552-3800
310/552-9434 (fax)

EYSTER KEY TUBB ROTH MIDDLETON
   AND ADAMS LLP
NICHOLAS B. ROTH
HEATHER NECKLAUS HUDSON
402 East Moulton Street
PO Box 1607
Decatur, AL 35602
Telephone: 256/353-6761
256/353-6767 (fax)

FINKELSTEIN THOMPSON LLP
BURTON H. FINKELSTEIN
MILA F. BARTOS
Duvall Foundry
1050 30th St NW
Washington, DC 20007
Telephone: 202/337-8000
202/337-8090 (fax)

FINKELSTEIN THOMPSON LLP
ROSEMARY M. RIVAS
MARK PUNZALAN
100 Bush Street
Suite 1450
San Francisco, CA 94104
Telephone: 415/398-8700
415/398-8704 (fax)

GOLOMB & HONIK, P.C.
RICHARD M. GOLOMB
RUBEN HONIK
MICHAEL S. LEVIN
STEPHAN MATANOVIC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Telephone: 215/985-9177
215-985-4169 (fax)

HARKE & CLASBY LLP
LANCE A. HARKE
155 South Miami Avenue, Suite 600
Miami, FL 33130
Telephone: 305/536-8220
305/536-8229 (fax)

MCGOWAN HOOD & FELDER LLC
JOHN GRESSETTE FELDER, JR
1517 Hampton Street
Columbia, SC 29201
Telephone: 803/779-0100
803/787-0750 (fax)

MCGOWAN HOOD & FELDER LLC
CHAD A. MCGOWAN
S. RANDALL HOOD
WILLIAM A. MCKINNON
1539 Healthcare Drive
Rock Hill, SC 29732
Telephone: 803/327-7800
803-328-5656 (fax)

***Executive Committee Members***

GULAS & STUCKEY, P.C
JASON A. STUCKEY
LAUREN WAGNER PEDERSON
  (*Of Counsel*)
2031 2nd Avenue North
Birmingham, AL  35203
Telephone:  205/879-1234
205/879-1247 (fax)

GILBERT & SACKMAN
JOSEPH L. PALLER, JR.
JAY EDWARD SMITH
LAURIE A. TRAKTMAN
3699 Wilshire Boulevard, Suite 1200
Los Angeles, CA 90010-2732
Telephone : 323/938-3000 Ext. 320
323/937-9139 (fax)

PRICE WAICUKAUSKI & RILEY, LLC
WILLIAM N. RILEY
JAMIE R. KENDALL
JOSEPH N. WILLIAMS
CHRISTOPHER A. MOELLER
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: 317/633-8787
317/633-8797 (fax)

BAGNELL AND EASON
GILBERT S. BAGNELL
1201 Main Street, Suite 1980
Columbia, SC 29211
Telephone: 803/748-1333
803-748-1300 (fax)

KAPLAN FOX & KILSHEIMER LLP
LORI S. BRODY
1801 Century Park East Suite 1460
Los Angeles, CA 90067
Telephone: 310/785-0800
310/785-0897 (fax)

KAPLAN FOX & KILSHEIMER LLP
LINDA M. FONG
LAURENCE D. KING
350 Sansome Street Suite 400
San Francisco, CA 94104
Telephone: 415/772-4700
415/772-4707 (fax)

| | |
|---|---|
| 1 | KAPLAN FOX & KILSHEIMER LLP |
| 2 | FREDERIC S. FOX |
|   | DONALD R. HALL |
| 3 | 850 Third Avenue 14th Fl |
|   | New York, NY 10022 |
| 4 | Telephone: 212/687-1980 |
|   | 212/687-7714 (fax) |
| 5 | |
| 6 | BRAUN LAW GROUP PC |
|   | MICHAEL D. BRAUN |
| 7 | 12304 Santa Monica Boulevard Suite 109 |
|   | Los Angeles, CA 90025 |
| 8 | Telephone: 310/442-7755 |
| 9 | HANLY CONROY BIERSTEIN SHERIDAN |
|   |   FISHER & HAYES LLP |
| 10 | JAYNE CONROY |
|    | STEVEN M. HAYES |
| 11 | 112 Madison Avenue, 7th Floor |
| 12 | New York, NY 10016 |
|    | Telephone: 212/784-6400 |
| 13 | 212/213-5349 (fax) |
| 14 | THE LAW OFFICE OF ARON D. |
|    |   ROBINSON |
| 15 | ARON D. ROBINSON |
|    | 19 South LaSalle Street, Suite 1300 |
| 16 | Chicago, IL 60603 |
| 17 | BARNOW AND ASSOCIATES PC |
|    | BEN BARNOW |
| 18 | One North LaSalle Street |
| 19 | Suite 4600 |
|    | Chicago, IL 60602 |
| 20 | Telephone: 312/621-2000 |
|    | 312/641-5504 (fax) |
| 21 | |
| 22 | SIMMONS COOPER LLC |
|    | KENNETH J. BRENNAN |
| 23 | 707 Berkshire Boulevard |
|    | East Alton, IL 62024 |
| 24 | Telephone: 618/259-2222 |
|    | 618-259-2251 (fax) |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

CHIMICLES & TIKELLIS LLP
KIMBERLY M. DONALDSON
One Haverford Centre
361 West Lancaster Ave
Haverford, PA 19041-0100
Telephone: 610/642-8500
610/649-3633 (fax)

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN
IVY D. ARAI
1301 5th Ave Suite 2900
Seattle, WA 98101
Telephone: 206/623-7292
206/623-2594 (fax)

HAGENS BERMAN SOBOL SHAPIRO LLP
ELAINE T. BYSZEWSKI
LEE M. GORDON
700 South Flower Street, Suite 2940
Los Angeles, CA 90017-4101
Telephone: 213/330-7150
213/330-7152 (fax)

HAGENS BERMAN SOBOL SHAPIRO LLP
ELIZABETH A. FEGAN
DANIEL J. KUROWSKI
TIMOTHY MAHONEY
820 North Boulevard, Suite B
Oak Park, IL 60301
Telephone: 708/776-5600
708/776-5601 (fax)

BONNETT, FAIRBOURN, FRIEDMAN &
   BALIANT, P.C.
ANDREW S. FRIEDMAN
WENDY J. HARRISON
MICHAEL C. McKAY
MANFRED P. MUECKE
2901 North Central Avenue, Suite 1000
Phoenix, Arizona 85012
Telephone: 602/274-1100
602/274-1199 (fax)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WOLOSHIN AND KILLINO
DAVID L. WOLOSHIN
JEFFREY B. KILLINO
1800 John F Kennedy Blvd., 11th Floor
Philadelphia, PA 19103-2925
Telephone: 215/840-2020
215/569-2741 (fax)

JULIO RAMOS ATTORNEY AT LAW
JULIO RAMOS
35 Grove Street, Suite 103
San Francisco, CA 94102
Telephone: 415/948-3015
415/469-9787 (fax)

LAW OFFICES OF STEVEN M. NUNEZ
STEVEN M. NUNEZ
3333 Camino Del Rio South, Suite 215
San Diego, CA 92108
Telephone: 619/296-8400
619/296-3700 (fax)

KALCHEIM LAW GROUP
MITCH KALCHEIM
AMBER S. HEALY
2049 Century Park East Suite 2150
Los Angeles, CA 90067
Telephone: 310/461-1200
310/461-1201 (fax)

KIRTLAND & PACKARD LLP
MICHAEL L. KELLY
BEHRAM V. PAREKH
2361 Rosecrans Avenue, Fourth Floor
El Segundo, California 90245
Telephone: 310/536-1000
310/536-1001 (fax)

CUNEO GILBERT AND LADUCA, LLP
PAMELA GILBERT
507 C Street NE
Washington, DC 20002
Telephone: 202/789-3960
202/789-1813 (fax)

THE STARK LAW OFFICES, P.C.
AMIR STARK
2766 Fischer Road
Hatfield, PA 19440
Telephone: 215/275-2919
245/855-6029 (fax)

SARRAF GENTILE LLP
RONEN SARRAF
JOSEPH GENTILE
11 Hanover Square, 2nd Floor
New York, NY 10005
Telephone: 212/868-3610
212/918-7967 (fax)

THE CROW LAW FIRM
MICHAEL G. CROW
1100 Poydras Street, Suite 1175
New Orleans, LA 70163
Telephone: 504/599-5770
504/566-1141 (fax)

LOCKRIDGE GRINDAL NAUEN, PLLP
KAREN HANSON RIEBEL
100 Washington Avenue So., Suite 2200
Minneapolis, MN  55401
Telephone: 612/339-6900
612/339-0981 (fax)

*Additional Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 22, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of September, 2008, at Seattle, Washington.

/s/Gretchen Freeman Cappio
Gretchen Freeman Cappio

**In Re Mattel, Inc., Toy Lead Paint Products Liability Litigation**
**USDC, Central District of California**
**The Honorable Dale S. Fischer**
**07 – ml – 01897 – DSF – AJW**

| Count | On Behalf of Plaintiff(s)[1] | Against Defendant(s)[2] | Standing | Injury | Relief Sought | Citations to Complaint |
|---|---|---|---|---|---|---|
| **1. Breach of Express Warranty** | Lead Paint / Blood Pressure Cuff Plaintiffs | All Defendants | Plaintiffs purchased recalled toys[3] made by Manufacturer Defendants from Retailer Defendants.[4] | The recalled toys did not conform to Defendants' representations and promises of safety because the toys contained lead, making them unsafe for children, not age-appropriate, and defective. | (i) Reimbursement for the amounts paid for the recalled toy; (ii) costs of initial diagnostic screening; and (iii) costs of appropriate treatment for those class members who screen positive for blood-lead levels. | Lead Plaintiffs: ¶¶ 16-32 Mattel: ¶¶ 53-70 Target: ¶¶ 71-73 Toys "R" Us: ¶¶ 71, 74 Wal-Mart: ¶¶ 71, 75 KB Toys: ¶¶ 71, 76 All Defendants: ¶¶ 45-49, 77-83, 148-153, 173-183 |
| | Magnet Plaintiffs | All Defendants | Plaintiffs purchased recalled toys made by Manufacturer Defendants from Retailer Defendants. | The recalled toys did not conform to Defendants' representations and promises of safety because the toys contained small, detachable magnets, making them unsafe for children, not age-appropriate, and defective. | (i) Reimbursement for the amounts paid for the recalled toy. | Magnet Plaintiffs: ¶¶ 33-34 Mattel: ¶¶ 53-70 Target: ¶¶ 71-73 Toys "R" Us: ¶¶ 71, 74 Wal-Mart: ¶¶ 71, 75 KB Toys: ¶¶ 71, 76 All Defendants: ¶¶ 50-52, 125-129, 173-183 |

---

[1] The following Plaintiffs are the "Lead Paint Plaintiffs": J.C. (minor), DiGiacinto, Entsminger, Goldman, Harrington, Hughey, Jimenez, Perez, Luttenberger, Massengill, Mayhew, N.M. (minor), Reisinger, Sarjent, Shoukry, Underhill, Dunsmore and White. The following are the "Magnet Plaintiffs": Probst and Rusterholtz. The following are the "Blood Pressure Cuff Plaintiffs": Allen and White. The following plaintiffs are also "CA Plaintiffs": Harrington, Jimenez, Perez, Underhill, Dunsmore (lead), Probst and Rusterholtz (magnets).

[2] The following Defendants are "Manufacturer Defendants": Mattel, Inc. and Fisher-Price, Inc. The following Defendants are "Retailer Defendants": Target Corporation; Toys "R" Us, Inc.; Wal-Mart Stores, Inc.; KB Toys, Inc. and Kmart Corporation.

[3] "Recalled toys" denotes toys subject to the recalls, a list of which are attached as Exhibits A-I to the Second Consolidated Amended Complaint, as well as the toy blood pressure cuff that was recalled in Illinois.

[4] All plaintiffs purchased the recalled toys, with the exception of Plaintiffs J.C. and Massengill, who received them as gifts.

1

| Count | On Behalf of Plaintiff(s)[1] | Against Defendant(s)[2] | Standing | Injury | Relief Sought | Citations to Complaint |
|---|---|---|---|---|---|---|
| *2. Breach of Implied Warranty* | Lead Paint / Blood Pressure Cuff Plaintiffs | All Defendants | Plaintiffs purchased recalled toys made by Manufacturer Defendants from Retailer Defendants. | Plaintiffs purchased toys that were unsafe and not fit for use by children, as represented, and which exposed children to lead. | (i) Reimbursement for the amounts paid for the recalled toy; (ii) costs of initial diagnostic screening; and (iii) costs of appropriate treatment for those class members who screen positive for blood-lead levels. | Lead Plaintiffs: ¶¶ 16-32 Mattel: ¶¶ 53-70 Target: ¶¶ 71-73 Toys "R" Us: ¶¶ 71, 74 Wal-Mart: ¶¶ 71, 75 KB Toys: ¶¶ 71, 76 All Defendants: ¶¶ 45-49, 82-83, 148-153, 184-197 |
| | Magnet Plaintiffs | All Defendants | Plaintiffs purchased recalled toys made by Manufacturer Defendants from Retailer Defendants. | Plaintiffs purchased toys that were unsafe and not fit for use by children, as represented. | (i) Reimbursement for the amounts paid for the recalled toy. | Magnet Plaintiffs: ¶¶ 33-34 Mattel: ¶¶ 53-70 Target: ¶¶ 71-73 Toys "R" Us: ¶¶ 71, 74 Wal-Mart: ¶¶ 71, 75 KB Toys: ¶¶ 71, 76 All Defendants: ¶¶ 50-52, 125-129, 184-197 |
| *3. Negligence (Design Defect / Manuf. Defect and Failure to Warn)* | Lead Paint / Blood Pressure Cuff Plaintiffs | All Defendants | Plaintiffs were exposed to lead from the recalled toys made by Manufacturer Defendants and sold by Retailer Defendants. | Plaintiffs were exposed to lead. | (i) Costs of initial diagnostic screening; (ii) costs of appropriate treatment for those class members who screen positive for blood-lead levels; and (iii) injunction to stop sale of blood pressure cuff. | Lead Plaintiffs: ¶¶ 16-32 Mattel: ¶¶ 84-94, 100, 102-103, 108, 109, 128-131, 132-134 Retailer Defendants: ¶¶ 84-89, 101-102 All Defendants: ¶¶ 45-49, 148-153, 198-207 |
| *4. Strict Liability (Design Defect / Manuf. Defect and Failure to Warn)* | Lead Paint / Blood Pressure Cuff Plaintiffs | All Defendants | Plaintiffs were exposed to lead from the recalled toys made by Manufacturer Defendants and sold by Retailer Defendants. | Plaintiffs were exposed to lead. | (i) Costs of initial diagnostic screening; (ii) costs of appropriate treatment for those class members who screen positive for blood-lead levels; and (iii) injunction to stop sale of blood pressure cuff. | Lead Plaintiffs: ¶¶ 16-32 Mattel: ¶¶ 84-94, 100, 102-103, 132-134 Retailer Defendants: ¶¶ 84-89, 101-102 All Defendants: ¶¶ 45-49, 148-153, 208-217 |

| Count | On Behalf of Plaintiff(s)[1] | Against Defendant(s)[2] | Standing | Injury | Relief Sought | Citations to Complaint |
|---|---|---|---|---|---|---|
| **5. CPSA** | Lead Paint Plaintiffs | All Defendants | Plaintiffs purchased recalled toys made by Manufacturer Defendants from Retailer Defendants. | Plaintiffs purchased toys that were unsafe and violated consumer product safety rules, and exposed children to lead. | (i) Reimbursement for the amounts paid for the recalled toy; (ii) costs of initial diagnostic screening; and (iii) costs of appropriate treatment for those class members who screen positive for blood-lead levels. | Lead Plaintiffs: ¶¶ 42-49, 17-32<br>All Defendants: ¶¶ 45-49, 148-153, 218-226 |
|  | Magnet Plaintiffs[5] | All Defendants | Plaintiffs purchased recalled toys made by Manufacturer Defendants from Retailer Defendants. | Plaintiffs purchased toys that were unsafe and violated consumer product safety rules. | (i) Reimbursement for the amounts paid for the recalled toys. | Magnet Plaintiffs: ¶¶ 33-34, 50-52<br>All Defendants: ¶¶ 218-226 |
| **6. UCL 17200** | All Plaintiffs | Manufacturer Defendants | Plaintiffs purchased recalled toys made by Manufacturer Defendants. | Plaintiffs purchased toys manufactured by and advertised as safe by Manufacturer Defendants that were not safe as playthings for children. | (i) Restitution: reimbursement for the amounts paid for the recalled toys; and (ii) injunction to stop sale of blood pressure cuff. | Lead Plaintiffs: ¶¶ 16-32<br>Magnet Plaintiffs: ¶¶ 33-34<br>Manufacturer Defendants:<br>Unlawful/Unfair[6]/Fraudulent: ¶¶ 175-177, 227-240<br>False Advertising: ¶¶ 53-70, 82-83 |

---

[5] Plaintiffs also note that magnets are regulated by 16 C.F.R. § 1500.18(a)(3) as to doll parts causing puncture wounds.

[6] The UCL permits violations of other laws to be treated as independently actionable unfair competition and therefore plaintiffs incorporate all citations supporting other Counts.

3

| Count | On Behalf of Plaintiff(s)[1] | Against Defendant(s)[2] | Standing | Injury | Relief Sought | Citations to Complaint |
|---|---|---|---|---|---|---|
| **7. UCL 17200** | CA Plaintiffs | Retailer Defendants | Plaintiffs purchased recalled toys from Retailer Defendants. | Plaintiffs purchased toys sold by and advertised as safe by Retailer Defendants that were not safe as playthings for children. | (i) Restitution: reimbursement for the amounts paid for the recalled toys; and (ii) injunction to stop sale of blood pressure cuff. | CA Plaintiffs: ¶¶ 21, 23, 31, 33, 34<br>Unlawful/ Unfair[7]/ Fraudulent:<br>　All Retailer Defendants: ¶¶ 241-254<br>False Advertising:<br>　All Retailer Defendants: ¶¶ 53-71, 82-83, 175-177<br>　Target: ¶¶ 71-73<br>　Toys "R" Us: ¶¶ 71, 74<br>　Wal-Mart: ¶¶ 71, 75<br>　KB Toys: ¶¶ 71, 76 |

---

[7] See footnote 6.

4

| Count | On Behalf of Plaintiff(s)[1] | Against Defendant(s)[2] | Standing | Injury | Relief Sought | Citations to Complaint |
|---|---|---|---|---|---|---|
| **8. CLRA 1750** | Lead Paint / Blood Pressure Cuff Plaintiffs | Manufacturer Defendants | Plaintiffs purchased recalled toys made by Manufacturer Defendants. | Plaintiffs purchased toys that were defective, were falsely marketed as safe, were not suitable as playthings for children, and exposed children to lead. | (i) Damages/Restitution: Reimbursement for the amounts paid for the recalled toys; (ii) costs of initial diagnostic screening; (iii) costs of appropriate treatment for those class members who screen positive for blood-lead levels; (iv) punitive damages; and (v) injunction to stop sale of blood pressure cuff. | Lead Plaintiffs: ¶¶ 16-32 Manufacturer Defendants: ¶¶ 45-49, 53-76, 82-83, 148-153, 175-177, 255-264 |
| | Magnet Plaintiffs | Manufacturer Defendants | Plaintiffs purchased recalled toys made by Manufacturer Defendants. | Plaintiffs purchased toys that were defective, were falsely marketed as safe, and were not suitable as playthings for children. | (i) Damages/Restitution: Reimbursement for the amounts paid for the recalled toys; (ii) punitive damages. | Magnet Plaintiffs: ¶¶ 33-34 Manufacturer Defendants: ¶¶ 53-76, 82-83, 175-177, 255-264 |

5

| Count | On Behalf of Plaintiff(s)[1] | Against Defendant(s)[2] | Standing | Injury | Relief Sought | Citations to Complaint |
|---|---|---|---|---|---|---|
| **9. CLRA 1750** | CA Lead Plaintiffs | Retailer Defendants | Plaintiffs purchased recalled toys from Retailer Defendants. | Plaintiffs purchased toys that were defective, were falsely marketed as safe, were not suitable as playthings for children, and exposed children to lead. | (i) Damages/Restitution: Reimbursement for the amounts paid for the recalled toys; (ii) costs of initial diagnostic screening; (iii) costs of appropriate treatment for those class members who screen positive for blood-lead levels; (iv) punitive damages; and (v) injunction to stop sale of blood pressure cuff. | CA Lead Plaintiffs: ¶¶ 21, 23, 31<br>Retailer Defendants: ¶¶ 45-49, 148-153, 265-275<br>CLRA violations:<br>    All Retailer Defendants: ¶¶ 71-76, 82-83, 175-177<br>    Target: ¶¶ 71-73<br>    Toys "R" Us: ¶¶ 71, 74<br>    Wal-Mart: ¶¶ 71, 75<br>    KB Toys: ¶¶ 71, 76 |
| | CA Magnet Plaintiffs | Retailer Defendants | Plaintiffs purchased recalled toys from Retailer Defendants. | Plaintiffs purchased toys that were defective, were falsely marketed as safe, and were not suitable as playthings for children. | (i) Damages/Restitution: Reimbursement for the amounts paid for the recalled toys; (ii) punitive damages. | CA Magnet Plaintiffs: ¶¶ 33-34<br>Retailer Defendants: ¶¶ 265-275<br>CLRA violations:<br>    All Retailer Defendants: ¶¶ 71-76, 82-83, 175-177<br>    Target: ¶¶ 71-73<br>    Toys "R" Us: ¶¶ 71, 74<br>    Wal-Mart: ¶¶ 71, 75<br>    KB Toys: ¶¶ 71, 76 |

| Count | On Behalf of Plaintiff(s)[1] | Against Defendant(s)[2] | Standing | Injury | Relief Sought | Citations to Complaint |
|---|---|---|---|---|---|---|
| *10. Song Beverly* | CA Lead Plaintiffs | All Defendants | Plaintiffs purchased recalled toys made by Manufacturer Defendants from Retailer Defendants. | Plaintiffs purchased toys that were defective and unsafe, were not suitable as playthings for children, and exposed children to lead. | (i) Damages/Restitution: Reimbursement for the amounts paid for the recalled toys;<br>(ii) costs of initial diagnostic screening;<br>(iii) costs of appropriate treatment for those class members who screen positive for blood-lead levels;<br>(iv) punitive damages; and<br>(v) injunction to stop sale of blood pressure cuff. | CA Lead Plaintiffs: ¶¶ 21, 23, 31<br>All Defendants: ¶¶ 45-49, 82-83, 148-153, 184-197, 276-284<br>Mattel: ¶¶ 53-70<br>Target: ¶¶ 71-73<br>Toys "R" Us: ¶¶ 71, 74<br>Wal-Mart: ¶¶ 71, 75<br>KB Toys: ¶¶ 71, 76 |
| | CA Magnet Plaintiffs | All Defendants | Plaintiffs purchased recalled toys made by Manufacturer Defendants from Retailer Defendants. | Plaintiffs purchased toys that were defective and unsafe, and were not suitable as playthings for children. | (i) Damages/Restitution: Reimbursement for the amounts paid for the recalled toys;<br>(ii) punitive damages. | CA Magnet Plaintiffs: ¶¶ 33-34<br>All Defendants: ¶¶ 82-83, 125-129, 184-197, 276-284<br>Mattel: ¶¶ 53-70<br>Target: ¶¶ 71-73<br>Toys "R" Us: ¶¶ 71, 74<br>Wal-Mart: ¶¶ 71, 75<br>KB Toys: ¶¶ 71, 76 |

7

| Count | On Behalf of Plaintiff(s)[1] | Against Defendant(s)[2] | Standing | Injury | Relief Sought | Citations to Complaint |
|---|---|---|---|---|---|---|
| **11. *Song Beverly*** | CA Lead Plaintiffs | Manufacturer Defendants | Plaintiffs purchased recalled toys made by Manufacturer Defendants. | Plaintiffs purchased toys that were defective and unsafe, were not suitable as playthings for children, and exposed children to lead. | (i) Damages/Restitution: Reimbursement for the amounts paid for the recalled toys; (ii) costs of initial diagnostic screening; (iii) costs of appropriate treatment for those class members who screen positive for blood-lead levels; (iv) punitive damages; and (v) injunction to stop sale of blood pressure cuff. | CA Lead Plaintiffs: ¶¶ 21, 23, 31 All Defendants: ¶¶ 45-49, 82-83, 148-153, 184-197, 285-290 Mattel: ¶¶ 53-70 Target: ¶¶ 71-73 Toys "R" Us: ¶¶ 71, 74 Wal-Mart: ¶¶ 71, 75 KB Toys: ¶¶ 71, 76 |
| | CA Magnet Plaintiffs | Manufacturer Defendants | Plaintiffs purchased recalled toys made by Manufacturer Defendants. | Plaintiffs purchased toys that were defective and unsafe, and were not suitable as playthings for children. | (i) Damages/Restitution: Reimbursement for the amounts paid for the recalled toys; (ii) punitive damages. | CA Magnet Plaintiffs: ¶¶ 33-34 All Defendants: ¶¶ 82-83, 125-129, 184-197, 285-290 Mattel: ¶¶ 53-70 Target: ¶¶ 71-73 Toys "R" Us: ¶¶ 71, 74 Wal-Mart: ¶¶ 71, 75 KB Toys: ¶¶ 71, 76 |

8

| Count | On Behalf of Plaintiff(s)[1] | Against Defendant(s)[2] | Standing | Injury | Relief Sought | Citations to Complaint |
|---|---|---|---|---|---|---|
| *12. Song Beverly* | CA Lead Plaintiffs | Retailer Defendants | Plaintiffs purchased recalled toys from Retailer Defendants. | Plaintiffs purchased toys that were defective and unsafe, were not suitable as playthings for children, and exposed children to lead. | (i) Damages/Restitution: Reimbursement for the amounts paid for the recalled toys; (ii) costs of initial diagnostic screening; (iii) costs of appropriate treatment for those class members who screen positive for blood-lead levels; (iv) punitive damages; and (v) injunction to stop sale of blood pressure cuff. | CA Lead Plaintiffs: ¶¶ 21, 23, 31 All Defendants: ¶¶ 45-49, 82-83, 148-153, 184-197, 291-296 Mattel: ¶¶ 53-70 Target: ¶¶ 71-73 Toys "R" Us: ¶¶ 71, 74 Wal-Mart: ¶¶ 71, 75 KB Toys: ¶¶ 71, 76 |
| | CA Magnet Plaintiffs | Retailer Defendants | Plaintiffs purchased recalled toys from Retailer Defendants. | Plaintiffs purchased toys that were defective and unsafe, and were not suitable as playthings for children. | (i) Damages/Restitution: Reimbursement for the amounts paid for the recalled toys; (ii) punitive damages. | CA Magnet Plaintiffs: ¶¶ 33-34 All Defendants: ¶¶ 82-83, 125-129, 184-197, 291-296 Mattel: ¶¶ 53-70 Target: ¶¶ 71-73 Toys "R" Us: ¶¶ 71, 74 Wal-Mart: ¶¶ 71, 75 KB Toys: ¶¶ 71, 76 |
| *13. Unjust Enrichment* | All Plaintiffs | All Defendants | Plaintiffs purchased recalled toys made by Manufacturer Defendants from Retailer Defendants. | Defendants retained benefit from sale of toys that were unsafe as playthings. | Disgorgement of profits and restitution. | Plaintiffs: ¶¶ 16-34 All Defendants: ¶¶ 45-49, 297-299 |

9