Robert H. Bunzel, State Bar No. 99395
Michael D. Abraham, State Bar No. 125633
Brian P. Villarreal, State Bar No. 234690
Duyen T. Nguyen, State Bar No. 225368
BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152
rbunzel@bztm.com
mabraham@bztm.com
bvillarreal@bztm.com
dnguyen@bztm.com

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MATTEL, INC., TOY LEAD PAINT PRODUCTS LIABILITY LITIGATION, | No. 2:07-ml-01897-DSF-AJW<br><br>**DEFENDANT WAL-MART STORES, INC.'S JOINDER IN "MEMORANDUM OF MATTEL, FISHER-PRICE, TARGET, TOYS "R" US, KMART, AND K-B TOYS IN RESPONSE TO COURT'S SEPTEMBER 8, 2008 ORDER REGARDING BRIEFING ON PREEMPTION"**<br><br>Trial Date: TBA |

-1-

1  Defendant Wal-Mart Stores, Inc. hereby joins and incorporates by this
2  reference as though set out in full the "Memorandum of Mattel, Fisher-Price, Target,
3  Toys "R" Us, Kmart, And K-B Toys in Response to Court's September 8, 2008
4  Order Regarding Briefing On Preemption," filed and served on September 29, 2008.
5  DATED: September 29, 2008

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By _____
       Michael D. Abraham
       Attorneys for Defendant
       WAL-MART STORES, INC.

1698.031/388432.1    WAL-MART STORES, INC.'S JOINDER IN MATTEL'S, ET AL MPA ON PREEMPTION.
Case No. 2:07-ml-01897-DSF-AJW

PROOF OF SERVICE BY MAIL

I, Barbara J. Sage, the undersigned, hereby certify and declare:

1. I am over the age of 18 years and am not a party to the within cause.

2. I am employed in the office of a member of the bar of this Court, at whose direction this service was made.

3. My business address is 900 Front Street, Suite 300, San Francisco, California 94111.

4. I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in the interoffice mail; and know that postage thereon is fully prepaid.

5. Following said practice, on September 29, 2008, I served a true copy of the attached document(s) titled exactly **DEFENDANT WAL-MART STORES, INC.'S JOINDER IN "MEMORANDUM OF MATTEL, FISHER-PRICE, TARGET, TOYS "R" US, KMART, AND K-B TOYS IN RESPONSE TO COURT'S SEPTEMBER 8, 2008 ORDER REGARDING BRIEFING ON PREEMPTION"** by placing the same in an addressed, sealed envelope and depositing it in the regularly maintained interoffice mail addressed to the following:

**See Attached Manual Notice Service List**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 29, 2008 at San Francisco, California.

_____
Barbara J. Sage

1.

MANUAL NOTICE LIST
*In re Mattel, Inc., Toy Lead Paint Products Liability Litigation*
2:07-ml-018970-DSF-AJW
MDL 1897

Gilbert Scott Bagnell, Esq.
Bagnell and Eason
P.O. Box 11852
Columbia, SC 29211

Frank Baliant, Esq.
Andrew C. Friedman, Esq.
Manfred P. Muecke, Esq.
Bonnett Fairbourn Firedman & Baliant PC
2901 North Central Ave., Suite 1000
Phoenix, AZ 85012

Matthew C. Branic, Esq.
Mark J. R. Merkle, Esq.
Marc T. Quigley, Esq.
Krieg Devault LLP
One Indiana Square Suite 2800
Indianapolis, IN 46204

Robert H. Brunson, Esq,
Deirdre Shelton McCool, Esq.
Nelson Mullins Riley and Scarborough
PO Box 1806
Charleston, SC 29402

Michael G. Crow, Esq.
Crow Law Firm LLC
1100 Poydras Street - Suite 1175
New Orleans, LA 70163

Ryan D. Dahl, Esq.
John E. Iole, Esq.
Jones Day
50 Grant Street Suite 3100
Pittsburgh, PA 15219

Stuart A. Davidson, Esq.
Elizabeth A. Shonson, Esq.
Coughlin Stoia Geller Rudman and Robbins
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809

John Gressette Felder, Jr., Esq.
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

Burton H. Finkelstein, Esq.
Finkelstein Thompson & Loughran
Duvall Foundry
1050 30th St., N.W.
Washington, DC 20007

Frederic S. Fox, Esq.
Donald R. Hall, Esq.
Kaplan Fox & Kilsheimer
850 Third Avenue 14th Fl
New York, NY 10022

Paul J. Geller, Esq.
Paul J. Geller Law Offices
120 East Palmetto Park Rd., Suite 500
Boca Raton, FL 33432

Richard M. Golomb, Esq.
Golomb & Honik
1515 Market Street
Philadelphia, PA 19102

Michael D. Gottsch, Esq.
Chimicles and Tikellis LLP
One Haverford Center
361 West Lancaster Avenue
Haverford, PA 19041-0100

1

Steven Michael Hayes, Esq.
Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
112 Madison Avenue
New York, NY 10016

John B. Williams, Esq.
Danielle Marie Hohos, Esq.
Jones Day
51 Louisiana Avenue
Washington, DC 20001

Chad A. McGowan, Esq.
Steven Randall Hood, Esq.
McGowan Hood and Felder
1539 Healthcare Drive
Rock Hill, SC 29732

Walter J. Lack, Esq.
Engstrom Lipscomb & Lack
10100 Santa Monica Blvd., 16th Floor
Los Angeles, CA 90067-4107

Karen Jennifer Marcus, Esq.
Finklestein Thompson LLP
1050 30th Street, N.W.
Washington, DC 20007

Stephen G. Morrison, Esq.
Nelson Mullins Riley and Scarborough
P.O. Box 11070
Columbia, SC 29211

Michael J. Templeton, Esq.
Jones Day
222 East 41st Street
New York, NY 10017

David L. Woloshin, Esq.
Woloshin and Killino
1800 John F. Kennedy Blvd., 11th Floor
Philadelphia, PA 19103-2925