COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
RACHEL L. JENSEN (211456)
THOMAS J. O'REARDON II (247952)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
johns@csgrr.com
rachelj@csgrr.com
toreardon@csgrr.com

WHATLEY, DRAKE & KALLAS, LLC
JOE R. WHATLEY, JR.
EDITH M. KALLAS
JOSEPH P. GUGLIELMO
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: 212/447-7070
212/447-7077 (fax)
jwhatley@wdklaw.com
ekallas@wdklaw.com
jguglielmo@wdklaw.com

Co-Lead Counsel for Plaintiffs

KELLER ROHRBACK LLP
LYNN LINCOLN SARKO
JULI E. FARRIS
GRETCHEN FREEMAN CAPPIO
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206/623-1900
206/623-3384 (fax)
lsarko@kellerrohrback.com
jfarris@kellerrohrback.com
gcappio@kellerrohrback.com

Chair of Plaintiffs' Executive
Committee

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MATTEL, INC., TOY LEAD PAINT PRODUCTS LIABILITY LITIGATION | No. 2:07-ml-01897-DSF-AJW<br><br>JOINT REQUEST FOR CLARIFICATION OF THE COURT'S NOVEMBER 24, 2008 ORDER |

|   |   |
|---|---|
| 1 | The parties respectfully request clarification of this Court's November 24, 2008 |
| 2 | Order ("Order"), which granted in part and denied in part defendants' motions to |
| 3 | dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint. *See* |
| 4 | November 24, 2008 Order (Docket No. 111). Specifically, the parties request |
| 5 | clarification of the Order's Conclusion which states: |

> For the reasons given above, the motions are GRANTED with regard to the CLRA claims for the magnet and blood cuff plaintiffs. They are DENIED in all other respects.

Order at 10.

In light of the Court's analysis regarding plaintiffs' magnet and blood pressure cuffs claims brought under the Consumer Product Safety Act ("CPSA"), the parties believe the Court intended to grant the motions to dismiss only with regard to CPSA claims for the magnet and blood pressure cuff plaintiffs, not any of the CLRA claims. *Compare id.* at 6, *with id.* at 9. Thus, the parties believe this Court's reference to the CLRA in the concluding paragraph of the Order was a typographical error.

Accordingly, based on the foregoing, the parties respectfully request that the Court clarify its November 24, 2008 Order with respect to the language on page 10, which the parties believe was intended to reflect dismissal of the magnet and cuff plaintiffs' "CPSA claims" rather than their "CLRA claims."

DATED: December 5, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
RACHEL L. JENSEN
THOMAS J. O'REARDON II

_____
RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PAUL J. GELLER
JACK REISE
ELIZABETH A. SHONSON

- 1 -

| | |
|---|---|
| 1 | 120 East Palmetto Park Road, Suite 500 |
| 2 | Boca Raton, FL 33432<br>Telephone: 561/750-3000 |
| 3 | 561/750-3364 (fax) |
| 4 | WHATLEY, DRAKE & KALLAS, LLC<br>JOE R. WHATLEY, JR. |
| 5 | EDITH M. KALLAS<br>JOSEPH P. GUGLIELMO |
| 6 | 1540 Broadway, 37th Floor<br>New York, NY 10036 |
| 7 | Telephone: 212/447-7070<br>212/447-7077 (fax) |
| 8 | *Co-Lead Counsel for Plaintiffs* |
| 9 | KELLER ROHRBACK LLP |
| 10 | LYNN LINCOLN SARKO<br>JULI E. FARRIS |
| 11 | GRETCHEN FREEMAN CAPPIO<br>1201 Third Avenue, Suite 3200 |
| 12 | Seattle, WA 98101-3052<br>Telephone: 206/623-1900 |
| 13 | 206/623-3384 (fax) |
| 14 | *Chair of Plaintiffs' Executive Committee* |
|    | DATED: December 5, 2008 |
| 15 | JONES DAY<br>THOMAS E. FENNELL |
| 16 | MARK R. HALL<br>MICHAEL L. RICE |
| 17 | |
| 18 | /s/ Michael L. Rice |
| 19 | MICHAEL L. RICE |
| 20 | 2727 North Harwood Street<br>Dallas, TX 75201-1515 |
| 21 | Telephone  214/220-3939<br>214/969-5100 (fax) |
| 22 | JONES DAY |
| 23 | HUGH R. WHITING<br>717 Texas, Suite 3300 |
| 24 | Houston, TX 77002<br>Telephone: 832/239-3939 |
| 25 | 832/239-3600 (fax) |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | |
| 2 | JONES DAY |
|   | ELI LUI |
| 3 | 555 South Flower Street |
|   | Fiftieth Floor |
| 4 | Los Angeles, CA 90071-2300 |
|   | Telephone: 213/489-3939 |
| 5 | 213/243-2539 (fax) |
| 6 | *Attorneys for Defendants Mattel, Fisher-Price, Target, Toys "R" Us, KB Toys, and Kmart* |
| 7 | |
| 8 | DATED: December 5, 2008   BARTKO ZANKEL TARRANT MILLER PLC |
|   | ROBERT H. BUNZEL |
| 9 | MICHAEL D. ABRAHAM |
| 10 | /s/ MHB |
| 11 | _____ |
| 12 | ROBERT H. BUNZEL |
| 13 | 900 Front Street, Suite 300 |
|   | San Francisco, CA 94111 |
| 14 | Telephone: 415/956-1900 |
|   | 415/956-1152 (fax) |
| 15 | *Attorneys for Defendant Wal-Mart* |
| 16 | S:\CasesSD\Mattel Consumer\REQ 00056053.doc |

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 5, 2008.

    s/ Rachel L. Jensen
RACHEL L. JENSEN

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:    rachelj@csgrr.com

# Mailing Information for a Case 2:07-ml-01897-DSF-AJW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael David Abraham**
  mabraham@bztm.com

- **Ivy D Arai**
  ivy@hbsslaw.com,kevinacosta@hbsslaw.com

- **Ben Barnow**
  b.barnow@barnowlaw.com,e.schork@barnowlaw.com,s.harris@barnowlaw.com

- **Mila F Bartos**
  mbartos@finkelsteinthompson.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Mitchell M Breit**
  mbreit@wdklaw.com,ecf@wdklaw.com

- **Lori S Brody**
  lbrody@kaplanfox.com

- **Robert H Bunzel**
  rbunzel@bztm.com,bsage@bztm.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,JenniferB@hbsslaw.com,sharons@hbsslaw.com

- **Gretchen Freeman Cappio**
  gcappio@kellerrohrback.com,mbates@kellerrohrback.com

- **Kimberly M Donaldson**
  kimdonaldson@chimicles.com

- **Juli E Farris**
  jfarris@kellerrohrback.com,kzajac@kellerrohrback.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Thomas E Fennell**
  tefennell@jonesday.com

- **Linda M Fong**
  lfong@kaplanfox.com,kweiland@kaplanfox.com,agutierrez@kaplanfox.com

- **Pamela Gilbert**
  pamelag@cuneolaw.com

- **Lee M Gordon**
  lee@hbsslaw.com,kevinacosta@hbsslaw.com,sharons@hbsslaw.com

- **Joseph P Guglielmo**
  jguglielmo@wdklaw.com,ecf@wdklaw.com

- **Lance August Harke**
  lharke@harkeclasby.com

- **Amber S Healy**
  amberh@kallawgroup.com

- **Brian M Hoffstadt**
  bhoffstadt@jonesday.com

- **Ruben Honik**
  rhonik@golombhonik.com,lpena@golombhonik.com,emalloy@golombhonik.com

- **Heather Necklaus Hudson**
  hnhudson@eysterkey.com

- **Rachel L Jensen**
  rjensen@csgrr.com

- **Mitch H Kalcheim**
  mitch@kallawgroup.com

- **Edith M Kallas**
  ekallas@wdklaw.com,ecf@wdklaw.com

- **Michael L Kelly**
  michaellkelly@earthlink.net

- **Jamie Ranah Kendall**
  jkendall@price-law.com,aburton@price-law.com

- **Jeffrey B Killino**
  jkillino@wklawyer.com

- **Laurence D King**
  lking@kaplanfox.com,kweiland@kaplanfox.com,agutierrez@kaplanfox.com

- **Daniel J Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com,kevinacostga@hbsslaw.com

- **Elizabeth A Leland**
  bleland@kellerrohrback.com

- **Michael S Levin**
  mlevin@golombhonik.com

- **Elwood G Lui**
  elui@jonesday.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com,kevinacosta@hbsslaw.com

- **Stephan Matanovic**
  smatanovic@golombhonik.com,lpena@golombhonik.com,emalloy@golombhonik.com

- **William A McKinnon**
  bmckinnon@mcgowanhood.com,bmcgovern@mcgowanhood.com

- **Manfred Patrick Muecke**
  mmuecke@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Thomas Joseph O'Reardon , II**
  toreardon@csgrr.com

- **Joseph L Paller , Jr**
  jlpaller@gslaw.org

- **Behram V Parekh**
  bvp@kirtlandpackard.com

- **Mark L Punzalan**
  mpunzalan@finkelsteinthompson.com

- **Julio J Ramos**
  ramosfortrustee@yahoo.com,ramosforsupervisor@yahoo.com

- **Thomas Ailbe Rector**
  tarector@jonesday.com

- **Jack Reise**
  jreise@csgrr.com

- **Michael L Rice**
  mlrice@jonesday.com,jameseyoung@jonesday.com,deborahsimmons@jonesday.com

- **Karen Hanson Riebel**
  khriebel@locklaw.com,crbaehman@locklaw.com

- **William N Riley**
  wriley@price-law.com

- **Rosemary M Rivas**
  rrivas@finkelsteinthompson.com

- **Nicholas B Roth**
  nbroth@eysterkey.com

- **Lynn L Sarko**
  lsarko@kellerrohrback.com

- **Denise Davis Schwartzman**
  deniseschwartzman@chimicles.com

- **Rick L Shackelford**
  rlshackelford@jonesday.com

- **Jay Edward Smith**
  js@gslaw.org

- **John J Stoia , Jr**
  johns@csgrr.com,e_file_sd@csgrr.com

- **Paul A Traina**
  ptraina@elllaw.com

- **Laurie A Traktman**
  lat@gslaw.org

- **Gregory P Waters**
  gwaters@elllaw.com

- **Joe R Whatley , Jr**
  jwhatley@wdklaw.com,kgault@wdklaw.com,ecf@wdklaw.com

- **Hugh R Whiting**
  hrwhiting@jonesday.com

- **Joseph N Williams**
  jwilliams@price-law.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Gilbert Scott Bagnell
Bagnell and Eason
```

PO Box 11852
Columbia, SC 29211

**Frank Baliant**
Bonnett Fairbourn Friedman & Baliant PC
2901 North Central Avenue - Suite 1000
Phoenix, AZ 85012

**Matthew C Branic**
Krieg Devault LLP
One Indiana Square Suite 2800
Indianapolis, IN 46204

**Robert H Brunson**
Nelson Mullins Riley and Scarborough
PO Box 1806
Charleston, SC 29402

**Michael G. Crow**
Crow Law Firm LLC
1100 Poydras Street - Suite 1175
New Orleans, LA 70163

**Ryan D Dahl**
Jones Day
50 Grant Street Suite 3100
Pittsburgh, PA 15219

**Stuart A Davidson**
Coughlin Stoia Geller Rudman and Robbins
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809

**John Gressette Felder**                                                                  , Jr
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

**Burton H Finkelstein**
Finkelstein Thompson & Loughran
Duvall Foundry
1050 30th St NW
Washington, DC 20007

**Frederic S Fox**
Kaplan Fox & Kilsheimer
850 Third Avenue 14th Fl
New York, NY 10022

**Andrew C Friedman**
Bonnett Fairbourn Friedman and Balint
2901 N Central Avenue - Suite 1000
Phoenix, AZ 85012

**Paul J Geller**
Paul J Geller Law Offices
120 East Palmetto Park Road Suite 500
Boca Raton, FL 33432

**Richard M Golomb**

Golomb & Honik
121 South Broad Street 9th Floor
Philadelphia, PA 19107

**Michael D Gottsch**
Chimicles and Tikellis LLP
One Haverford Center
361 West Lancaster Avenue
Haverford, PA 19041-0100

**Donald R Hall**
Kaplan Fox and Kilsheimer
850 Third Avenue 14th Floor
New York, NY 10022

**Steven Michael Hayes**
Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
112 Madison Avenue
New York, NY 10016

**Danielle Marie Hohos**
Jones Day
51 Louisiana Avenue
Washington, DC 20001

**Steven Randall Hood**
McGowan Hood and Felder
1539 Healthcare Drive
Rock Hill, SC 29732

**John E Iole**
Jones Day
500 Grant St, 31st Fl
Pittsburgh, PA 15219

**Walter J Lack**
Engstrom Lipscomb & Lack
10100 Santa Monica Blvd
12th Floor
Los Angeles, CA 90067-4107

**Karen Jennifer Marcus**
Finklestein Thompson LLP
1050 30th Street NW
Washington, DC 20007

**Deirdre Shelton McCool**
Nelson Mullins Riley and Scarborough
PO Box 1806
Charleston, SC 29402

**Chad A McGowan**
McGowan Hood Felder and Johnson
1539 Healthcare Drive
Rock Hill, SC 29732

**Mark J R Merkle**
Krieg Devault LLP
One Indiana Square Suite 2800
Indianapolis, IN 46204

**Stephen G Morrison**
Nelson Mullins Riley and Scarborough
P O Box 11070
Columbia, SC 29211

**Marc T Quigley**
Krieg Devault LLP
One Indiana Square Suite 2800
Indianapolis, IN 46204

**Elizabeth A Shonson**
Coughlin Stoia Geller Rudman and Robbins
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809

**Michael J Templeton**
Jones Day
222 East 41st Street
New York, NY 10017

**John B Williams**
Jones Day
51 Louisiana Avenue
Washington, DC 20004

**David L Woloshin**
Woloshin and Killino
1800 John F Kennedy Boulevard, 11th Floor
Philadelphia, PA 19103-2925