COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
RACHEL L. JENSEN (211456)
THOMAS J. O'REARDON II (247952)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
johns@csgrr.com
rachelj@csgrr.com
toreardon@csgrr.com

WHATLEY, DRAKE & KALLAS, LLC
JOE R. WHATLEY, JR.
EDITH M. KALLAS
JOSEPH P. GUGLIELMO
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: 212/447-7070
212/447-7077 (fax)
jwhatley@wdklaw.com
ekallas@wdklaw.com
jguglielmo@wdklaw.com

Co-Lead Counsel for Plaintiffs

KELLER ROHRBACK LLP
LYNN LINCOLN SARKO
JULI E. FARRIS
GRETCHEN FREEMAN CAPPIO
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: 206/623-1900
206/623-3384 (fax)
lsarko@kellerrohrback.com
jfarris@kellerrohrback.com
gcappio@kellerrohrback.com

Chair of Plaintiffs' Executive
Committee

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re MATTEL, INC., TOY LEAD PAINT PRODUCTS LIABILITY LITIGATION | ) No. 2:07-ml-01897-DSF-AJW )<br>) ORDER CLARIFYING THE<br>) COURT'S NOVEMBER 24, 2008<br>) ORDER |

1  Having reviewed the request for clarification submitted jointly by the parties
2  and this Court's November 24, 2008 Order granting in part and denying in part
3  Defendants' motions to dismiss, THE COURT HEREBY ORDERS AS FOLLOWS:
4  The Court hereby amends the concluding paragraph of the November 24, 2008
5  Order to read:

> For the reasons given above, the motions are GRANTED with regard to the CPSA claims for the magnet and blood pressure cuff plaintiffs. They are DENIED in all other respects.

8  IT IS SO ORDERED.

9  DATED: 12/8/08

THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Mattel Consumer\ORD 00056054.doc

- 1 -