COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
RACHEL L. JENSEN (211456)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
johns@csgrr.com
rachelj@csgrr.com
proach@csgrr.com

WHATLEY, DRAKE
  & KALLAS, LLC
JOE R. WHATLEY, JR.
EDITH M. KALLAS
ELIZABETH ROSENBERG
1540 Broadway, 37th Floor
New York, NY  10036
Telephone:  212/447-7070
212/447-7077 (fax)
jwhatley@wdklaw.com
ekallas@wdklaw.com
erosenberg@wdklaw.com

Co-Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| In re MATTEL, INC., TOY LEAD PAINT PRODUCTS LIABILITY LITIGATION | No. 2:07-ml-01897-DSF-AJW<br><br>NOTION OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS<br><br>DATE:  March 15, 2010<br>TIME:  1:30 p.m.<br>COURTROOM: 840 |

508146_1

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to the Court's Preliminary Approval Order, dated October 23, 2009, Plaintiffs will and hereby move this Court on March 15, 2010, at 1:30 p.m., for an order: (1) awarding Plaintiffs' Counsel $12.9 million in attorneys' fees and expenses; and (2) awarding Incentive Awards to the Class Representatives totaling $10,500, based on an award of $500 per Class Representative per family or household.

This motion is based upon the parties' Stipulation of Settlement, dated October 12, 2009, and the exhibits annexed thereto; the Memorandum in Support of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Incentive Award Payments; the Declaration of Hon. Daniel H. Weinstin (ret.) in Support of Joint Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses and Incentive Award Payments; the Joint Declaration of Joe Whatley, Jr. and John J. Stoia, Jr. in Support of Motions for (I) Final Approval of Class Action Settlement and (II) an Award of Attorneys' Fees, Reimbursement of Expenses and Incentive Award Payments; the Declarations of Plaintiffs' Counsel[1] in Support thereof, which are filed concurrently herewith; Joint Motion for Final Approval of Class Action Settlement, and the exhibits submitted in support thereof; the Declaration of John W. Edwards II in

---

[1]     The following firms submitted declarations: Law Offices of Aron D. Robinson; Balkan & Patterson, LLP; Barnow & Associates, P.C.; Bonnett, Fairbourn, Friedman & Balint, P.C.; Braun Law Group, P.C.; Chimicles & Tikellis LLP; Coughlin Stoia Geller Rudman & Robbins LLP; The Crow Law Firm, LLC; Cuneo Gilbert & LaDuca, LLP; Engstrom, Lipscomb & Lack; Eyster, Key, Tubb, Roth, Middleton & Adams, LLP; Finkelstein Thompson LLP; Gilbert & Sackman; Golomb & Honik, P.C.; Hagens Berman Sobol Shapiro LLP; Hanly Conroy Bierstein Sheridan Fisher & Hayes, LLP; Harke & Clasby LLP; Jason Stuckey; The Killino Firm, P.C.; Law Offices of Julio Ramos; Kalcheim Law Group, P.C.; Kaplan Fox & Kilsheimer LLP; Keller Rohrback LLP; Kirtland & Packard, LLP; Wagner Pederson LLC; Lockridge Grindal Nauen PLLP; McGowan Hood & Felder, LLC; Price Waicukauski & Riley, LLC; Sarraf Gentile LLP; Sohmer & Stark, LLC; and Whatley Drake & Kallas, LLP.

508146_1

1  Support of Joint Motion for Final Approval of Class Action Settlement; and such

2  other written or oral argument as may be presented or required by the Court.

3      This motion is made on the grounds that, *inter alia*: (1) Mattel has agreed to pay

4  the requested fees and expenses, separate and apart from the relief provided to the

5  Settlement Class and such award will not reduce or otherwise affect the Settlement

6  Class relief; (2) the fees and expenses are reasonable and were necessarily incurred to

7  achieve the excellent benefit obtained by Plaintiffs and their Counsel on behalf of the

8  Settlement Class; (3) the requested fees and expenses are the product of lengthy arms'

9  length negotiations between the parties and mediation before Judge Daniel Weinstein

10  (Ret.) of JAMS; and (4) the detailed contemporaneous time and expense records have

11  been independently reviewed by the mediators who have confirmed that they were

12  sufficiently detailed, legitimate, reasonable, and necessary for the successful

13  prosecution of this complex, high-stakes MDL proceeding.

14  DATED:  March 8, 2010                    COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
15                                           JOHN J. STOIA, JR.
                                             RACHEL L. JENSEN
16                                           PAULA M. ROACH

17

18                                                    s/ John J.Stoia, Jr.
                                             JOHN J. STOIA, JR.
19
                                             655 West Broadway, Suite 1900
20                                           San Diego, CA  92101
                                             Telephone:  619/231-1058
21                                           619/231-7423 (fax)

22                                           WHATLEY, DRAKE & KALLAS, LLC
                                             JOE R. WHATLEY, JR.
23                                           EDITH M. KALLAS
                                             ELIZABETH ROSENBERG
24                                           1540 Broadway, 37th Floor
                                             New York, NY  10036
25                                           Telephone:  212/447-7070
                                             212/447-7077 (fax)
26
                                             ***Co-Lead Counsel for Plaintiffs***
27

28

508146_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 8, 2010.

s/ John J. Stoia, Jr.
JOHN J. STOIA, JR.

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: johns@csgrr.com

# Mailing Information for a Case 2:07-ml-01897-DSF-AJW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael David Abraham**
  mabraham@bztm.com

- **Ivy D Arai**
  ivy@hbsslaw.com

- **Ben Barnow**
  b.barnow@barnowlaw.com,e.schork@barnowlaw.com,s.harris@barnowlaw.com

- **Mila F Bartos**
  mbartos@finkelsteinthompson.com

- **Steve W Berman**
  steve@hbsslaw.com,heatherw@hbsslaw.com

- **Michael D Braun**
  service@braunlawgroup.com

- **Mitchell M Breit**
  mbreit@hanlyconroy.com,yike@hanlyconroy.com,jlucena@hanlyconroy.com

- **Lori S Brody**
  lbrody@kaplanfox.com,kweiland@kaplanfox.com

- **Robert Harvey Bunzel**
  rbunzel@bztm.com,bsage@bztm.com

- **Elaine T Byszewski**
  elaine@hbsslaw.com,JenniferB@hbsslaw.com,sharons@hbsslaw.com

- **Gretchen Freeman Cappio**
  gcappio@kellerrohrback.com,mbates@kellerrohrback.com

- **Steven John Corr**
  sjcorr@jonesday.com

- **Stuart A Davidson**
  sdavidson@csgrr.com

- **Kimberly M Donaldson**
  kimdonaldson@chimicles.com

- **Juli E Farris**
  jfarris@kellerrohrback.com

- **Elizabeth A Fegan**
  beth@hbsslaw.com,Chi_Filings@hbsslaw.com

- **Thomas E Fennell**
  tefennell@jonesday.com

- **Linda M Fong**
  lfong@kaplanfox.com,kweiland@kaplanfox.com

- **Paul J Geller**
  pgeller@csgrr.com

- **Pamela Gilbert**
  pamelag@cuneolaw.com

- **Lee M Gordon**
  lee@hbsslaw.com,JenniferB@hbsslaw.com,sharons@hbsslaw.com

- **Lance August Harke**
  lharke@harkeclasby.com

- **Steven M Hayes**
  shayes@hanlyconroy.com,yike@hanlyconroy.com,jlucena@hanlyconroy.com

- **Amber S Healy**
  amberh@kallawgroup.com

- **Brian M Hoffstadt**
  bhoffstadt@jonesday.com

- **Ruben Honik**
  rhonik@golombhonik.com,lpena@golombhonik.com,emalloy@golombhonik.com

- **Heather Necklaus Hudson**
  hnhudson@eysterkey.com

- **Rachel L Jensen**
  rjensen@csgrr.com

- **Mitch H Kalcheim**
  mitch@kallawgroup.com

- **Edith M Kallas**
  ekallas@wdklaw.com,ecf@wdklaw.com

- **Michael L Kelly**
  mlk@kirtlandpackard.com

- **Jamie Ranah Kendall**
  jkendall@price-law.com,eamos@price-law.com,cnolan@price-law.com,mmendel@price-law.com

- **Jeffrey B Killino**
  jkillino@wklawyer.com

- **Laurence D King**
  lking@kaplanfox.com,kweiland@kaplanfox.com

- **Daniel J Kurowski**

dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Elizabeth A Leland**
  bleland@kellerrohrback.com

- **Elwood G Lui**
  elui@jonesday.com

- **Timothy Mahoney**
  timm@hbsslaw.com,chi_filings@hbsslaw.com

- **Stephan Matanovic**
  smatanovic@golombhonik.com,lpena@golombhonik.com,emalloy@golombhonik.com

- **William A McKinnon**
  bmckinnon@mcgowanhood.com,bmcgovern@mcgowanhood.com

- **Manfred Patrick Muecke**
  mmuecke@bffb.com,rcreech@bffb.com,ngerminaro@bffb.com

- **Joseph L Paller , Jr**
  jlpaller@gslaw.org

- **Behram V Parekh**
  bvp@kirtlandpackard.com

- **Mark L Punzalan**
  mpunzalan@finkelsteinthompson.com,srenwick@finkelsteinthompson.com,jdito@finkelsteinthompson.com

- **Julio J Ramos**
  ramosfortrustee@yahoo.com,ramosforsupervisor@yahoo.com

- **Thomas Ailbe Rector**
  tarector@jonesday.com

- **Jack Reise**
  jreise@csgrr.com

- **Michael L Rice**
  mlrice@jonesday.com,jameseyoung@jonesday.com,deborahsimmons@jonesday.com

- **Karen Hanson Riebel**
  khriebel@locklaw.com,crbaehman@locklaw.com

- **William N Riley**
  wriley@price-law.com

- **Rosemary M Rivas**
  rrivas@finkelsteinthompson.com,srenwick@finkelsteinthompson.com,jdito@finkelsteinthompson.com

- **Paula M Roach**
  proach@csgrr.com

- **Nicholas B Roth**
  nbroth@eysterkey.com

- **Lynn L Sarko**
  lsarko@kellerrohrback.com

- **Denise Davis Schwartzman**
  deniseschwartzman@chimicles.com

- **Jay Edward Smith**
  js@gslaw.org

- **Brent Douglas Sokol**
  bdsokol@jonesday.com

- **John J Stoia , Jr**
  johns@csgrr.com,e_file_sd@csgrr.com

- **Chase Thompson**
  sampc01@gmail.com

- **Paul A Traina**
  ptraina@elllaw.com

- **Laurie A Traktman**
  lat@gslaw.org,adj@gslaw.org

- **Gregory P Waters**
  gwaters@elllaw.com

- **Joe R Whatley , Jr**
  jwhatley@wdklaw.com,kgault@wdklaw.com,ecf@wdklaw.com

- **Hugh R Whiting**
  hrwhiting@jonesday.com

- **Joseph N Williams**
  jwilliams@price-law.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Gilbert Scott Bagnell**
Bagnell and Eason
PO Box 11852
Columbia, SC 29211

**Frank Baliant**
Bonnett Fairbourn Friedman & Baliant PC
2901 North Central Avenue — Suite 1000
Phoenix, AZ 85012

**Matthew C Branic**
Krieg Devault LLP
One Indiana Square Suite 2800
Indianapolis, IN 46204

**Robert H Brunson**
Nelson Mullins Riley and Scarborough
PO Box 1806
Charleston, SC 29402

**Michael G. Crow**
Crow Law Firm LLC
1100 Poydras Street - Suite 1175
New Orleans, LA 70163

**Ryan D Dahl**
Jones Day
50 Grant Street Suite 3100
Pittsburgh, PA 15219

**John Gressette Felder**                                                      , Jr
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

**Burton H Finkelstein**
Finkelstein Thompson & Loughran
Duvall Foundry
1050 30th St NW
Washington, DC 20007

**Frederic S Fox**
Kaplan Fox & Kilsheimer
850 Third Avenue 14th Fl
New York, NY 10022

**Andrew C Friedman**
Bonnett Fairbourn Friedman and Balint
2901 N Central Avenue - Suite 1000
Phoenix, AZ 85012

**Richard M Golomb**
Golomb & Honik
121 South Broad Street 9th Floor
Philadelphia, PA 19107

**Michael D Gottsch**
Chimicles and Tikellis LLP
One Haverford Center
361 West Lancaster Avenue
Haverford, PA 19041-0100

**Donald R Hall**
Kaplan Fox and Kilsheimer
850 Third Avenue 14th Floor
New York, NY 10022

**Danielle Marie Hohos**
Jones Day
51 Louisiana Avenue
Washington, DC 20001

**Steven Randall Hood**
McGowan Hood and Felder
1539 Healthcare Drive
Rock Hill, SC 29732

**John E Iole**
Jones Day
500 Grant St, 31st Fl
Pittsburgh, PA 15219

**Walter J Lack**
Engstrom Lipscomb & Lack
10100 Santa Monica Boulevard  12th Floor
Los Angeles, CA 90067-4107

**Michael S Levin**
Golomb and Honik
121 South Broad Street  9th Floor
Philadelphia, PA 19107

**Karen Jennifer Marcus**
Finklestein Thompson LLP
1050 30th Street NW
Washington, DC 20007

**Deirdre Shelton McCool**
Nelson Mullins Riley and Scarborough
PO Box 1806
Charleston, SC 29402

**Chad A McGowan**
McGowan Hood Felder and Johnson
1539 Healthcare Drive
Rock Hill, SC 29732

**Mark J R Merkle**
Krieg Devault LLP
One Indiana Square Suite 2800
Indianapolis, IN 46204

**Stephen G Morrison**
Nelson Mullins Riley and Scarborough
P O Box 11070
Columbia, SC 29211

**Marc T Quigley**
Krieg Devault LLP
One Indiana Square Suite 2800
Indianapolis, IN 46204

**Elizabeth A Shonson**
Coughlin Stoia Geller Rudman and Robbins
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432-4809

**Michael J Templeton**
Jones Day
222 East 41st Street
New York, NY 10017

**John B Williams**
Jones Day
51 Louisiana Avenue
Washington, DC 20004

**David L Woloshin**
Woloshin and Killino
1800 John F Kennedy Boulevard, 11th Floor
Philadelphia, PA 19103-2925