COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR. (141757)
RACHEL L. JENSEN (211456)
PAULA M. ROACH (254142)
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
johns@csgrr.com
rachelj@csgrr.com
proach@csgrr.com

WHATLEY, DRAKE & KALLAS, LLC
JOE R. WHATLEY, JR.
EDITH M. KALLAS
ELIZABETH ROSENBERG
1540 Broadway, 37th Floor
New York, New York 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077
jwhatley@wdklaw.com
ekallas@wdklaw.com
erosenberg@wdklaw.com

Co-Lead Counsel for Plaintiffs

JONES DAY
ELWOOD LUI (45538)
555 South Flower Street
Fiftieth Floor
Los Angeles, California 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
elui@jonesday.com

Attorneys for Defendant

JONES DAY
THOMAS E. FENNELL
MICHAEL L. RICE
2727 N. Harwood St.
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
tefennell@jonesday.com
mlrice@jonesday.com

JONES DAY
HUGH R. WHITING
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
hrwhiting@jonesday.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| In re MATTEL, INC., TOY LEAD PAINT PRODUCTS LIABILITY LITIGATION | Case No. 2:07-ml-01897-DSF-AJW |
| | The Honorable Dale S. Fischer |
| | Date: March 15, 2010<br>Time: 1:30 p.m.<br>Dept.: 840 |
| | **NOTICE OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the parties will, and hereby do, jointly move this Court for an order that: (1) grants Final Approval of the Settlement; and (2) certifies the proposed Settlement Class for settlement purposes.

This motion is based upon the parties' Stipulation of Settlement, dated October 12, 2009, and the exhibits annexed thereto; the Memorandum in Support of Joint Motion for Final Approval of Class Action Settlement, and the Declarations in support thereof, which are filed concurrently herewith; and such other written or oral argument as may be presented to or required by the Court.  The motion is noticed for this date and time pursuant to this Court's Order of Preliminary Approval, dated October 23, 2009.

This joint motion is made on the grounds that: (1) the Settlement is fair, reasonable and adequate and the product of extensive arms-length negotiations before Judge Daniel Weinstein (Ret.) of JAMS; (2) the Settlement Class meets all the requirements for certification of a settlement class; and (3) the proposed Notice Program has been adequate and reasonable, has satisfied all of the requirements of Fed. R. Civ. P. Rule 23(c)(2)(B) and (e)(B), and constituted the best notice practicable under the circumstances.

Dated:  March 8, 2010

Respectfully submitted,

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
RACHEL L. JENSEN
PAULA M. ROACH


/s/ John J. Stoia, Jr.
    JOHN J. STOIA, JR.

655 West Broadway, Suite 1900
San Diego, California  92101
Telephone:  619/231-1058
Facsimile    619/231-7423

2:07-ml-01897 - NTC. OF JT. MOT. FOR
FINAL APPROVAL OF SETTLEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHATLEY, DRAKE & KALLAS, LLC
JOE R. WHATLEY, JR.
EDITH M. KALLAS
ELIZABETH ROSENBERG
1540 Broadway, 37th Floor
New York, New York  10036
Telephone:  212/447-7070
Facsimile:   212/447-7077

*Co-lead Counsel for Plaintiffs*

JONES DAY
ELWOOD LUI

/s/ Elwood Lui
ELWOOD LUI

555 South Flower Street, 50th Floor
Los Angeles, California  90071
Telephone:  (213) 489-3939
Facsimile:   (213) 243-2539

JONES DAY
THOMAS E. FENNELL
MICHAEL RICE
2727 North Harwood Street
Dallas, Texas  75201
Telephone:  (214) 220-3939
Facsimile:   (214) 969-5100

JONES DAY
HUGH R. WHITING
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:   (216) 579-0212

*Counsel for Defendant Mattel, Inc.*

SVI-78273v2

2:07-ml-01897 - NTC. OF JT. MOT. FOR
FINAL APPROVAL OF SETTLEMENT